**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**ARTHUR R. REYNOLDS,**

**Plaintiff,**

v.                                                                              **Case No.: 3:05-cv-750-J-20MMH**

**JACKSONVILLE SHERIFF'S OFFICE,**
**et. al.,**

**Defendant.**

_____

**O R D E R**

This cause is before the Court on the United States Magistrate Judge's Report and

Recommendation (Doc. No. 7, filed September 26, 2005), recommending that the Plaintiff's

action be dismissed without prejudice for failure to prosecute. No timely objections have been

filed to the Report and Recommendation. The Court notes that the Show Cause Order sent to

Plaintiff on September 12, 2005 (Doc. No. 6) was returned to the Court as undeliverable,

however it is Plaintiff's responsibility to keep the Clerk of Court updated of any changes in

address.

Upon consideration of the Report and Recommendation, and upon conducting an

independent de novo review of the entire record in this matter, the Court adopts and confirms the

Magistrate Judge's findings. Accordingly, it is **ORDERED AND ADJUDGED** that the

Magistrate Judge's Report and Recommendation (Doc. No. 7) is **ADOPTED**, and is specifically

incorporated into this Order.

For the reasons stated in the Report and Recommendation, Plaintiff's case is

**DISMISSED WITHOUT PREJUDICE** for lack of prosecution.  The Clerk shall close the file.


**DONE AND ENTERED** at Jacksonville, Florida, this day of October, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Arthur R. Reynolds, *Pro Se*

Copies to:

The Honorable Marcia M. Howard, United States Magistrate Judge
Bennie Gay, Jr., *pro se*
Garry Randolph, Courtroom Deputy